**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP; MARVIN NEAL; ROBYNNE CAMPBELL; DE'ONTAY WINCHESTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALAN WILSON, in his official capacity as Attorney General of South Carolina,<br><br>*Defendant*. | Case No. 2:23-cv-01121-DCN |

### PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs respectfully move for a preliminary injunction against Defendant Alan Wilson, in his official capacity as Attorney General of South Carolina, prohibiting him—as well as his agents, officers, and employees—from enforcing S.C. Code Ann. § 40-5-310 against the individual Plaintiffs or against the South Carolina State Conference of the NAACP, its officers, members, or volunteers for providing free, accurate, and limited legal guidance about requesting a hearing and raising some available defenses to low-income tenants facing eviction as part of the Housing Advocate Program. As set forth in the Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction, Plaintiffs have established that they are likely to succeed on the merits of their First Amendment claims, that they will suffer irreparable harm absent an injunction, that the balance of equities tips strongly in their favor, and that a preliminary injunction in this case would advance the

public interest. In light of the federal constitutional interests at stake and the remote risk that Defendant will suffer any harm from this preliminary injunction, Plaintiffs further request that no bond be required. *See Hoechst Diafoil Co. v. Nan Ya Plastics Corp.*, 174 F.3d 411, 421 n.3 (4th Cir. 1999). For these reasons and the reasons detailed in the accompanying Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction, Plaintiffs respectfully request that the Court grant their Motion.  This motion is based on the memorandum and declarations in support filed contemporaneously, and all evidence and argument that the Court may entertain at the time of the hearing on the Motion.

At the time of this motion, no attorney has entered an appearance for Defendant, so Counsel for Plaintiffs provided notice to Defendant's office by email. *See* Local Civ. Rule 7.02 (D.S.C.).

Respectfully submitted,

WYCHE, P.A.

*/s/ James E. Cox, Jr.*
James E. Cox, Jr. (D.S.C. I.D. No. 13054)
200 E. Broad St., Suite 400
Post Office Box 728
Greenville, SC  29602-0728
Direct Dial: 864-242-8212
Telecopier:  864-235-8900
E-Mail:  jcox@wyche.com

Glynnis Hagins*
Joe Schottenfeld*
NAACP
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
ghagins@naacpnet.org
jschottenfeld@naacpnet.org

        Elise M. Baranouski*
        Joseph W. Mead*
        INSTITUTE FOR CONSTITUTIONAL ADVOCACY
          AND PROTECTION
        Georgetown University Law Center
        600 New Jersey Ave., N.W.
        Washington, D.C. 20001
        (202) 661-6728
        eb1326@georgetown.edu
        jm3468@georgetown.edu

        Ben Gifford*
        INSTITUTE FOR CONSTITUTIONAL ADVOCACY
          AND PROTECTION
        Georgetown University Law Center
        PO Box 211178
        Brooklyn, NY 11221
        (202) 661-6728
        bg720@georgetown.edu

        *Attorneys for Plaintiffs*

        **Application for admission pro hac vice forthcoming*

Dated: March 21, 2023