IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| South Carolina State Conference of the NAACP, Marvin Neal, Robynne Campbell De'Ontay Winchester, | ) ) ) ) | Civil Action No. 2:23-cv-01121-DCN |
| Plaintiffs, | ) ) | |
| v. | ) ) | **NOTICE OF REQUEST FOR PROTECTION FOR PROTECTION FROM COURT APPEARANCE** |
| Alan Wilson, in his official capacity as Attorney General of South Carolina, | ) ) ) | |
| Defendant. | ) ) | |

J. Emory Smith, Jr., Deputy Solicitor General, respectfully requests protection from attendance at any hearing or other court appearances in this case on the dates below in 2023 for the reasons noted. Because he is a lead attorney for Defendant Wilson in this case, he respectfully requests that any proceedings be held on different days.

        June 26-June 30 – long planned travel

        July 12 – trial in Charleston

        July 18, 19, 21 & 24– long planned travel

Counsel respectfully requests that proceedings not be scheduled on those days.

        Respectfully submitted,

        ALAN WILSON
        Attorney General
        Federal ID No.10457

        ROBERT D. COOK
        Solicitor General
        Federal ID No. 285
        Email: RCook@scag.gov

        [Signature block continues next page]

2

/s/ J. Emory Smith, Jr.
J. EMORY SMITH, JR.
Deputy Solicitor General
Federal ID No. 3908
Email: ESmith@scag.gov

Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
Phone: (803) 734-3680
Fax: (803) 734-3677

May 31, 2023                                           Counsel for Defendant Wilson