# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP; MARVIN NEAL; ROBYNNE CAMPBELL; DE'ONTAY WINCHESTER,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>ALAN WILSON, in his official capacity as Attorney General of South Carolina,<br><br>　　　　　　　　　　*Defendant*. | Case No. 2:23-cv-01121-DCN<br><br>**NOTICE OF APPEAL** |

　　　Notice is hereby given that pursuant to 28 U.S.C. § 1292(a)(1), Plaintiffs South Carolina State Conference of the NAACP, Marvin Neal, Robynne Campbell, and De'Ontay Winchester appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Order of August 14, 2023 (Dkt. 64), which denied Plaintiffs' Motion for a Preliminary Injunction.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/James E. Cox, Jr.*
　　　　　　　　　　　　　　　　　James E. Cox, Jr. (D.S.C. I.D. No. 13054)
　　　　　　　　　　　　　　　　　WYCHE, P.A.
　　　　　　　　　　　　　　　　　200 E. Broad St., Suite 400
　　　　　　　　　　　　　　　　　Post Office Box 728
　　　　　　　　　　　　　　　　　Greenville, SC 29602-0728
　　　　　　　　　　　　　　　　　Direct Dial: 864-242-8212
　　　　　　　　　　　　　　　　　Telecopier: 864-235-8900
　　　　　　　　　　　　　　　　　E-Mail: jcox@wyche.com

　　　　　　　　　　　　　　　　　Glynnis Hagins (D.S.C. I.D. No. 13970)
　　　　　　　　　　　　　　　　　Joe Schottenfeld*
　　　　　　　　　　　　　　　　　NAACP
　　　　　　　　　　　　　　　　　4805 Mt. Hope Drive
　　　　　　　　　　　　　　　　　Baltimore, MD 21215
　　　　　　　　　　　　　　　　　Tel: (410) 580-5777
　　　　　　　　　　　　　　　　　ghagins@naacpnet.org
　　　　　　　　　　　　　　　　　jschottenfeld@naacpnet.org

Joseph W. Mead*
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
　AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
(202) 662-9765
jm3468@georgetown.edu

Ben Gifford*
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
　AND PROTECTION
Georgetown University Law Center
PO Box 211178
Brooklyn, NY 11221
(202) 661-6728
bg720@georgetown.edu

*Attorneys for Plaintiffs*

**Admitted pro hac vice*

Dated: August 28, 2023